UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-22991-Civ-BECERRA/TORRES

ISLAND GARDENS DEEP HARBOUR LLC,

 *Plaintiff*,

FLORIDA AUTO ADVANTAGE, LLC,

 *Intervening Plaintiff, and*

RMK MERRILL STEVENS, LLC,

 *Intervening Plaintiff/*
 *Substitute Custodian*,

v.

M/Y DESLIZE, 1996 112' Broward Port House,
*in rem, et al*,

 *Defendants*.

_____/

**ORDER APPROVING SETTLEMENT AND RECOMMENDING**
**DISBURSEMENT OF CUSTODIAL FUNDS IN COURT REGISTRY**

 This matter was before the Court on referral for a settlement conference, at which all parties participated on August 28 and December 17, 2024. At the conclusion of the conference the parties reached a final resolution of all claims in the proceeding. The material terms of the settlement were placed on the record of the conference and are incorporated herein. The Court finds that the settlement is a fair and reasonable

conclusion to the litigation and consistent with the equitable distribution of funds in the Court registry. Accordingly, it is ORDERED:

1. Plaintiff Island Gardens Deep Harbour LLC agrees to take nothing further in the action in exchange for a release of any and all claims to and from all participating parties and a stipulated dismissal of the action with prejudice;

2. Intervening Plaintiff and Substitute Custodian RMK Merrill Stevens, Inc. agrees to take, notwithstanding the Court's Order of September 24, 2024 [D.E. 109], $215,000 from the Court registry as full and final payment of its custodial claim and agrees to a release of any and all claims from and to all participating parties and a stipulated dismissal of the action with prejudice;

3. Intervening Plaintiff Florida Auto Advantage LLC agrees to take the balance of all remaining funds from the Court registry, together with any accrued interest, and agrees to a release of any and all claims from and to all participating parties and a stipulated dismissal of the action with prejudice;

4. All participating parties shall bear their own fees and costs in the action;

5. Upon disbursement of all funds from the court registry per the parties settlement a stipulation for dismissal with prejudice on behalf of all parties shall be filed to facilitate the closure of the action.

Upon approval of these terms, the Court recommends that a prompt Order be entered that directs the Clerk of the Court to disburse funds as per the parties'

agreed-upon distributions. Upon entry of the Final Order of disbursement the parties receiving funds shall contact the Financial Section of the Clerk of the Court to provide taxpayer identification numbers and coordinate receipt of the funds.

**DONE and ORDERED** in Chambers in Miami, Florida this 24th day of December, 2024.

/s/ *Edwin G. Torres*
EDWIN G. TORRES
United States Magistrate Judge