UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22991-JB

ISLAND GARDENS DEEP HARBOUR LLC,

    Plaintiff,

FLORIDA AUTO ADVANTAGE, LLC,

    Intervening Plaintiff,

v.

M/Y DESLIZE, 1996 112' Broward Port House, *in rem*, *et al.*,

    Defendants.

_____/

**ORDER OF DISBURSEMENT OF CUSTODIAL FUNDS IN COURT REGISTRY AND ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** came before the Court on the Order Approving Settlement and Recommending Disbursement of Custodial Funds in Court Registry, which was entered by Chief United States Magistrate Judge Edwin G. Torres on December 24, 2024. ECF No. [116]. No objections to Magistrate Judge Torres' Recommendation have been filed. Upon due consideration, it is **ORDERED AND ADJUDGED** as follows:

1. The Recommendation, ECF No. [116], is **AFFIRMED** and **ADOPTED**.

2. The parties' settlement, as set forth in ECF No. [116], is **APPROVED** as a fair and reasonable conclusion to the litigation and consistent with the equitable distribution of funds in the Court registry.

3. The Clerk is directed to **DISBURSE** the custodial funds in the Court registry as follows: (i) $215,000.00 shall be disbursed to Substitute Custodian RMK Merrill Stevens, Inc.; and (ii) the balance of all remaining funds from the Court registry, together with any accrued interest, shall be disbursed to Intervening Plaintiff Florida Auto Advantage LLC.

4. Upon disbursement of all funds from the Court registry as ordered herein, a joint stipulation of dismissal with prejudice shall be filed by all parties.

**DONE AND ORDERED** in Miami, Florida, this 30th day of December, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**